IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANDREW TYLER PERKINS                                                    PETITIONER

v.                          NO. 4:17-cv-00535 JM

WENDY KELLEY, Director of the                                           RESPONDENT
Arkansas Department of Correction

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Andrew Tyler Perkins is dismissed. All requested relief is denied, and judgment will be entered for respondent Wendy Kelley. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is denied.[1]

IT IS SO ORDERED this 2nd day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court is not convinced that petitioner can make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).